UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

### TRUSTEE'S SUPPLEMENTAL REPORT

CASE NO.:   17-71409-LRC

DEBTORS:   WALTER JOHN ALTMAN-FLEMING, III
WILLIAM TYRONE ALTMAN-FLEMING

At the hearing on Confirmation held on February 27, 2018, Trustee requested that the hearing be reset to April 17, 2018. However, Trustee also announced an agreement that if Debtors failed to file proposed Plan amendment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

### THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

Debtors have failed to file any amendments.

Please enter an Order of Dismissal.

Dated:   This the 15th day of March, 2018.

William A. Bozarth,
Attorney for the Chapter 13 Trustee
GA Bar No. 940530

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WALTER JOHN ALTMAN-FLEMING, III and | ) | |
| WILLIAM TYRONE ALTMAN-FLEMING, | ) | CASE NO.: 17-71409-LRC |
| | ) | |
| DEBTORS. | ) | |

17-71409-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    WALTER JOHN ALTMAN-FLEMING, III
    WILLIAM TYRONE ALTMAN-FLEMING
    2716 SANDALWOOD CIRCLE
    LOCUST GROVE, GA  30248

    DEBTOR(S) ATTORNEY:

    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

March 15th, 2018

/s/ *[signature]*
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450